

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL ROBERSON,
    Petitioner : CIVIL NO. 1:CV-01-1235

v. : (Judge Rambo)

IMMIGRATION AND NATURALIZATION
SERVICE,
    Respondent

FILED
HARRISBURG, PA
JUL 1 0 2001
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

### ORDER

**IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis is granted.

2. The Clerk of Court is directed to serve a copy of the petition on the respondent and the United States Attorney.

3. Within twenty (20) days of the date of this order, respondents shall file a response to the petition.

4. A determination whether the petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

5. Petitioner may file a reply to the response within fifteen (15) days of its filing.

SYLVIA H. RAMBO
United States District Judge

Dated: July 10, 2001.

```
              UNITED STATES DISTRICT COURT
                       FOR THE
             MIDDLE DISTRICT OF PENNSYLVANIA

             * * MAILING CERTIFICATE OF CLERK * *

                      July 10, 2001


Re:  1:01-cv-01235   Roberson v. Immigration and Natu


True and correct copies of the attached were mailed by the clerk
to the following:


    Paul Roberson
    CTY-YORK
    York County Prison
    59886
    3400 Concord Road
    York, PA  17402




cc:
Judge                           (X )           (X ) Pro Se Law Clerk
Magistrate Judge                (  )           (  ) INS
U.S. Marshal                    (  )           (  ) Jury Clerk
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  )  with N/C attached to complt. and served by:
                                      U.S. Marshal (  )   Pltf's Attorney (  )
Standard Order 93-5             (  )
Order to Show Cause             (X )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen   (X )   USA-HBG      (X )
                                           DA of County  (  )   Respondents  (X )

Bankruptcy Court                (  )
Other _____   (  )
                                                    MARY E. D'ANDREA, Clerk


DATE: July 10th, 2001                         BY: _____
                                                       Deputy Clerk
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0164 7623

Marty Carlson

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0164 7593

John Ashcroft

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0164 7616

USPC

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, February 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0164 7609

INS Dept

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, February 2000    See Reverse for Instructions