**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly) | B. Date of Delivery: JUL 12 2001
C. Signature: Justine Novler — ☐ Agent ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

Martin Carlson, Acting U.S. Attorney
Middle District of PA
228 Walnut Street, Suite 217
Harrisburg, PA. 17108-1754

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): JUSTICE | B. Date of Delivery
C. Signature: X JUL 13 2001 — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

U.S. Attorney General, John Ashcroft
Room #511, Main Justice Building
10th and Constitution Avenue
Washington, D.C. 20530

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly) | B. Date of Delivery: 13 J/01
C. Signature: X — ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

Commissioner Immigration & Naturalization Dept.
425 I Street, Suite 7100
Washington, DC. 20536

Express Mail
Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): E.H. | B. Date of Delivery: 7-20-01
C. Signature: X Fleming — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

Article Addressed to:

USPC
Park Place 5550
Friendship Place
Bethesda, MD. 20005

Service Type
☐ Certified Mail  ☐ Express Mail  JUL 23 2001
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

Article Number (Copy from service label)
7000 0520 0023 0164 7616

Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

Handwritten notes (right margin):
1:CV-01-1235
7/10/01 Show Cause Order
Rambo
PRS&C
Litto

**FILED**
HARRISBURG, PA
AUG 1 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk