```
Paul Roberson
A41-583-833
701 Loyola Ave.
New Orleans, LA   70113
```

Re: 1:01-cv-01235

------------------------

Please file all pleadings direct[ly to the Clerk's Office in the Division where]
the assigned Judge is located. [Correspondence should be directed]
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyse[r]

------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mann[ion]
Magistrate Judge Thomas M. Blew[itt]

------------------------

Judge James F. McClure
Judge Malcolm Muir

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED
OCT 31 2001
PER _____
HARRISBURG, PA   DEPUTY CLERK

7011 1311 1912 13

UNKNOWN P.S.
UNDELIVERABLE
RETURN TO SENDER AS ADDRESSED

10-03-01
HARRISBURG PA

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$0.340
METER 690023