

1:CV-01-1235

U.S. OFFICIAL MAIL
PRIVATE
USE $300
METER 590023

**FILED**
HARRISBURG, PA

DEC 1 0 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

RETURN TO SENDER
NO LONGER IN JAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS