
1-9-02
SC



## U.S. Department of Justice

United States Attorney's Office
Middle District of Pennsylvania

Federal Building, Suite 220
P.O. Box 11754
228 Walnut Street            717-221-4482
Harrisburg, Pennsylvania 17108-1754    FAX 717-221-4582

January 4, 2002

The Honorable Sylvia H. Rambo
Federal Building
Third & Walnut Streets
Harrisburg, PA 17108

**FILED
HARRISBURG

JAN 0 8 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

     Re:    **Paul Roberson v. INS**
            **1:CV-01-1235**

Dear Judge Rambo:

     Paul Roberson is presently detained by the INS. Pursuant to the filing of a habeas corpus petition and timely response, the Honorable Court ordered a review of Mr. Roberson's detention in accordance with the guidelines set forth in Ngo v. INS, 192 F.3d 390 (3d Cir. 1999). Pursuant to that Order, a custody review was conducted. Please find attached the findings of that review.

                                   Very truly yours,

                                   MARTIN C. CARLSON
                                   United States Attorney

                                   Mark E. Morrison
                                   Assistant U.S. Attorney

MEM:nb

# POST ORDER CUSTODY REVIEW WORKSHEET FOR FILE REVIEW AND/OR INTERVIEW

**Detainee Name:** PAUL, Roberson   **"A" Number:** A41 583 833

**Date of Birth:** September 9, 1977   **BOP Number:** N/A

**AKA'S:**

**Country of Birth:** Haiti   **Citizenship:** Haiti

**Date of Arrival:** April 18, 1988   **Place of Arrival:** New York, NY

**Manner of Arrival:** Lawful Permanent Resident

**Last Date into INS Custody:** May 26, 2000

**Entered INS Custody from:**   [X] Local, State, or Federal Institution
   [ ] Other:

**Location:** TANGILA   **Institution Number:**

**Immigration History:** Subject was granted the withholding of his removal from the United States by the Immigration Judge on 12/21/2000. The Immigration and Naturalization appealed this decision. On August 16, 2001 the BIA sustain the appeal by the INS. However, the BIA determined that the subject was entitled to a deferral of his removal from the United States.

---

**Deportation Officer:** David Singh   **Date of Review:** Nov. 17, 2001

**Location Detained:** Tangila

---

**Deportation/Exclusion/Removal Proceedings**
**List All Charges:**   [X] Section 237(a)   (2)(A)(iii)
   [ ] Section 212(a)
   [ ] Section 241(a)

[X] Under Final Order dated August 16, 2001   by: [ ] IJ [X] BIA [ ] Other

[ ] Appeal Waived/Appeal Time Elapsed

1

**Travel Document Status/History:** In August of 2001, a request for assistance in the issuance of a travel document by the Haitian government was made to the American Embassy in Haiti. No response by the American Embassy in regards to issuance of a travel document as of this date.

*why? if CAT is granted.*

## Legal Representative / Attorney

**G-28 Filed:** ☐ Yes  ☒ No

**Notification of Interview Made:** ☐ Yes  ☒ N/A  By:    on:

**Name of Representative/Attorney:** Pro Se

**Mailing Address:**    **Telephone Number:**

**Present During Interview:** ☐ Yes  ☐ No- Not applicable

## Criminal History

**Outside the United States:**

**In the United States:** *History of Convictions*

| Date | Location | Crime | Sentence |
|---|---|---|---|
| 7/27/98 | NYC | Petit Larceny | 10 days, Prob 3yrs. Resentence after violation of probation to 90 days on 12/10/98. |
| 8/23/99 | NYC | Aslt w/int cause serious physical injury | 2 years. Order or protection issued. |

*(Nine months before he is in INS cust)*

**NCIC Checks:** ☒ Criminal History (State and Federal)  ☐ No record Found

**FBI#** 988009FB4    **SID #'s** NY8834844Q

**Summary of NCIC Checks:**

2

DEC-17-2001 14:56        INS DISTRICT COUNSEL              215 656 7148    P.04/08

## Institutional / Disciplinary Record

Did the detainee have prior Disciplinary Reports? ☐ Yes ☐ No
If Yes, List & Describe:   None provided for this review....
Disciplinary reports and Incidents while in INS Custody? ☐ Yes ☐ No
If Yes, List & Describe:   None provided for this review..

## Specifics of Interview

Date of File Review:   November 17, 2001
Date of Detainee Interview:   File review only.
Location of Interview:
Interviewing
Officer: #1:
                   #2:
Interpreter Used:  ☐ Yes   ☐ No   Name:
Language/Dialect:

3

DEC-17-2001  14:56      INS DISTRICT COUNSEL                      215 656 7148    P.05/08

**Does the detainee have a place to live in the United States?** [ ] Yes [X] No

Address: No current address provided for this review...

**Is the detainee subject to any parole or probation requirements?** [X] Yes [ ] No

Describe: Subject has to report to the NYS Division of Parole...

**Does the detainee have close family ties within the United States?** [X] Yes [ ] No

Describe: The record indicates the subject has a father who is a LPR.

**Does the detainee have any community ties or non-governmental sponsors?** [ ] Yes [X] No

Describe: The record does not indicate any community ties.....

**Does the detainee have any employment prospects?** [ ] Yes [X] No

Describe: No employment prospects provided for this review.

**What is the detainee's employment history?**

Describe: No record of subject's employment history.

**What is the detainee's educational level?**

Describe: No record of subject's educational background....

**Does the detainee have any vocational training?** [ ] Yes [X] No

Describe: No record of subject having vocational training...

## Medical/Psychological Concerns

Medical/Psychological Report / Summary: [ ] In File  [ ] None  [X] Not Available

**Date and Source:**

**Summary:**

Other documentary evidence for consideration in this review:
-Documentation already provided in the subject's a-file.

## Discussion at Interview

Notes: File review only.

4

The INS detainee was found    ☐ **CREDIBLE**    ☐ **NOT CREDIBLE**

Explain:  N/A

---

### Officer Comments/Analysis & Recommendation

Although the subject was granted a deferment of his removal from the United States, there is no indication on file that he would not pose a threat to society if release. In their appeal to the BIA, the trial attorney on the case stated the follow-"The Immigration Judged erred as a matter of fact in failing to find the respondent's Assault in the Second Degree conviction to be a particularly serious crime. The conviction arose out of a robbery attempt, where the respondent and four other individuals chased and attacked a male victim by striking him over the head with a can and stabbing in the back. The victim suffered a puncture wound one inch from his right lung, broken ribs and a laceration to his head." Although the record indicates that the subject may not have physically committed the stabbing, his conviction is still of a serious violent nature.

It is this writers opinion that the subject should remain in custody and be transferred to a Bureau of Prisons facility which offers courses in anger management and/or life management skills. Until the subject provides a clear demonstration that he would not pose a threat to society, his continued detention is recommended.

David Singh  
_____     Nov 17, 2001     RELEASE    (DETAIN)
Reviewing Officer #1:             Date

_____     11/20/2001        RELEASE    (DETAIN)
Reviewed By:                      Date

---

### DISTRICT DIRECTOR'S CUSTODY DETERMINATION

☐ RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐ RELEASE FROM CUSTODY / ORDER OF SUPERVISION UNDER BOND

  Bond Amount: _____

☒ CONTINUE IN CUSTODY / TRANSFER CUSTODY AUTHORITY TO HQ, DRO

Comments (attach additional sheet(s) if necessary):

INS District Office: New Orleans
Signature of ADD / D&R _____      Date 11-28-01

5



U.S. Department of Justice
Immigration and Naturalization Service

701 Loyola Avenue, Room T-8011
*New Orleans, Louisiana 70113*

Roberson PAUL
C/O Tangipahoa Parish Jail
Federal Division
P.O. Box 250
Amite, LA 70422

A41 583 833

## Decision to Continue Detention
## Following 90-Day Custody Review

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of the Immigration and Naturalization Service (INS). This decision has been made based on a review of your file and consideration of the information submitted to INS' reviewing officials in support of your application for release.

After carefully weighing the factors pertaining to your case, you will not be released from the custody of the INS because you have failed to rebut the presumption that you are a threat to society. There is insufficient positive information in your file to counter your violent criminal history.

Upon careful consideration of the above factors, the Service has determined that you are not suitable for release at this time. You are invited to submit any evidence for consideration during your next review.

DEC-17-2001 14:58   INS DISTRICT COUNSEL   215 656 7148   P.06/08

Decision to Continue Detention Following Interview
Page 2
Roberson PAUL                                    A41 583 833

In accordance with 8 CFR 241.4, all further determinations of your custody status will be made by the Executive Associate Commissioner, acting through the Headquarters Post-order Detention Unit (HQPDU). All inquiries regarding your present custodial status, as well as any claim that you cannot be removed to your country, should be directed to the following address:

Headquarters Detention and Removal Operations
801 I Street, NW – Suite 800
Washington, DC 20536

Understand that no claim to non-removability will be considered until you have made a complete application in good faith for a travel document to your country.

_____              12/3/01
Craig S. Robinson, ADD, D&R, NOL
Signature of District Director/Designated Representative    Date

---

### PROOF OF SERVICE

(1)  Personal Service (Officer to complete both (a) and (b) below.)

   (a)  I __Joseph Willette Jr.__, __Detention Enforcement Officer__
         Name of INS Officer                Title
   certify that I served __Roberson PAUL R.P.__ with a copy of
                              Name of detainee
   this document at __Tangipahoa Parish Jail__ on __12/3/01__, at _____.
                         Institution                Date           Time

   (b)  I certify that I served the custodian __David Smith__,
                                                  Name of Official
   __Head of INS Detainees__, at __Tangipahoa Parish Jail__, on
         Title                        Institution
   __12/3/01__ with a copy of this document.
      Date

                              OR

(2)  Service by certified mail, return receipt. (Attach copy of receipt)

         I _____, _____, certify
              Name of INS Officer          Title
   that I served _____ and the custodian _____
                   Name of detainee                          Name of Official
   with a copy of this document by certified mail at _____ on _____.
                                                        Institution            Date

   ( ) CC: Attorney of Record or Designated Representative
   (x) CC: A-File

(Page 2 of 2)